SEPTEMBER 2, 2005

No. 03–1238. IBP, INC. *v.* ALVAREZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL. C. A. 9th Cir.; and

No. 04–66. TUM ET AL. *v.* BARBER FOODS, INC., DBA BARBER FOODS. C. A. 1st Cir. [Certiorari granted, 543 U. S. 1144.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of IBP, Inc., and Barber Foods, Inc., for divided argument denied. Motion of respondents Alvarez et al. for divided argument denied.

No. 04–473. GARCETTI ET AL. *v.* CEBALLOS. C. A. 9th Cir. [Certiorari granted, 543 U. S. 1186.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–597. UNITHERM FOOD SYSTEMS, INC. *v.* SWIFT-ECKRICH, INC., DBA CONAGRA REFRIGERATED FOODS. C. A. Fed. Cir. [Certiorari granted, 543 U. S. 1186.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–623. GONZALES, ATTORNEY GENERAL, ET AL. *v.* OREGON ET AL. C. A. 9th Cir. [Certiorari granted, 543 U. S. 1145.] Motion of respondents John Doe and Don W. James for additional time for argument and for divided argument denied.

No. 04–631. WAGNON, SECRETARY, KANSAS DEPARTMENT OF REVENUE *v.* PRAIRIE BAND POTAWATOMI NATION. C. A. 10th Cir. [Certiorari granted, 543 U. S. 1186.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.